# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Winmark Corporation,

        Plaintiff,

  v.                                 **ORDER**
                                    Civil No. 07-3201 ADM/AJB

The Tidal Corporation and
Peter D. Champagne,

        Defendants.

---

Ansis V. Viksnins, Esq., Lindquist & Vennum P.L.L.P., Minneapolis, MN, on behalf of Plaintiff.

No one responded on behalf of Defendants.

---

      Based on the December 11, 2007, Supplemental Affidavit of Ansis V. Viksnins [Docket No. 21], the Court grants Plaintiff Winmark Corporation's ("Plaintiff") request for $5,200 in attorney fees related to Plaintiff's Motion to Enforce Judgment and for Contempt Citations [Docket No. 11]. Therefore, the Court orders that paragraph five of the October 10, 2007, Judgment [Docket No. 10] be amended so that it now states the following: "Defendants shall pay Winmark the total sum of $26,782.28 consisting of the following amounts: $4,036.07 in royalties, $8,054.21 in buying group charges, $500 in advertising fees, and $14,192 in attorney fees incurred by Winmark. Payments may be made to the collection agency that has been retained by Winmark to collect the amounts owed by defendants."

                                                              BY THE COURT:


                                                           s/Ann D. Montgomery
                                                           ANN D. MONTGOMERY
                                                           U.S. DISTRICT JUDGE

Dated: January 17, 2008.